



MAY 1 9 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANTHONY CANTY

(Enter above the full name of the plaintiff or plaintiffs in this action)

08CV2896
JUDGE SHADUR
MAGISTRATE JUDGE COX

vs.

Case No: ____________
(To be supplied by the Clerk of this Court)

FEDERAL OFFICER THOMAS

FEDERAL SR OFFICER SALAZAR

FEDERAL OFFICER STRICKLAND
COOK COUNTY DEPT. OF CORRECTIONS
2600 S. CALAFORNIA CHICAGO IL 60628

COOK COUNTY DEPT OF CORRECTIONS
INSURANCE COMPANY

SEE ATTACHED LIST FOR REMAINER
OF NAMES IN THIS ACTION

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

______ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

XX **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

______ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: ANTHONY CANTY

B. List all aliases: TONY

C. Prisoner identification number: 16776424

D. Place of present confinement: METROPOLITIAN CORRECTIONAL CENTER

E. Address: 71 W. VAN BUREN, CHICAGO ILLINOIS 60628

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: FEDERAL OFFICER THOMAS

Title: PROPERTY ROOM OFFICER

Place of Employment: METROPOLITIAN CORRECTIONAL CENTER 71 W. VAN BUREN, CHICAGO IL 60605

B. Defendant: FEDERAL SR. OFFICER SALAZAR

Title: PROPERTY ROOM SUPERVISOR

Place of Employment: METROPOLITIAN CORRECTIONAL CENTER 71 W. VAN BUREN, CHICAGO, IL 60605

C. Defendant: FEDERAL OFFICER STRICKLAND

Title: PROPERTY ROOM OFFICER

Place of Employment: METROPOLITIAN CORRECTIONAL CENTER 71 W. VAN BUREN, CHIAGO, IL 60605

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

II. DEFENDENT LIST (continued PAGE 1)

D. COOK COUNTY DEPARTMENT OF CORRECTIONS
PROPERTY ROOM 7/11/04 - 6/20/05
2600 CALIFORNIA CHICAGO 60608

E. METROPOLITAN CORRECTION CENTER
PROPERTY ROOM 7/11 /04 - 6/20/05
71 W. VAN BUREN , CHICAGO, IL 60605

F. COOK COUNTY DEPARTMENT OF CORRECTIONS
INSURANCE COMPANY 7/11/04 - 6/20/05
ADDRESS UNKNOWN

G. METROPOLITIAN CORRECTIONAL CENTER
INSURANCE COMPANY 7/11/04 - 6/20/05
ADDRESS UNKNOWN

H. UNITED STATES POSTAL SERVICE (U.S.P.S.)
219 S. DEARBORN, CHICAGO, IL 60604
7/11/04 - 6/20/05

I. UNITED STATES POSTAL SERVICE (U.S.P.S.)
INSURANCE COMPANY 7/11/04 - 6/20/05
ADDRESS UNKNOWN

J. OFFICER COATES #3684
DIVISION 5 PROPERTY ROOM OFFICER
COOK COUNTY DEPARTMENT OF CORECTIONS
2600 S. CALIFORNIA, CHICAGO, IL 60608

K. OFFICER ELIZABETH HUDSON
SUPERVISIOR DIVISION 5 PROPERTY ROOM
COOK COUNTY DEPARTMENT OF CORRECTIONS
2600 S. CALIFORNIA, CHICAGO, IL 60608

II. DEFENDENT LIST (CONTINUED PAGE 2)

L. MR. MICHEAL SHEEHAN, 7/11/04 - 6/20/05
SHERRIFF OF COOK COUNTY
COOK COUNTY DEPARTMENT OF CORRECTIONS
2600 S. CALIFORNIA, CHICAGO, IL 60608

M. MR. JOHN MAUL 7/11/04 - 6/20/05
ACTING DIRECTOR OF COOK COUNTY DEPARTMENT OF CORRECTIONS
2600 S. CALIFORNIA, CHICAGO, IL 60608

DEFENDENTS LIST CONTINUED:

METROPOLITIAN CORRECTIONAL CENTER PROPERTY ROOM 7/11/04-6/20/05
71 W. VAN BUREN, CHICAGO, IL

METROPOLITIAN CORRECTIONAL CENTER 7/11/04 - 6/20/05
INSURANCE COMPANY

UNITED STATES POSTAL SERVICE (U.S.P.S.) 7/11/04 - 6/20/05

218 S. DEARBORN, CHICAGO, IL 60604

UNITED STATES POSTAL SERVICE (U.S.P.S.) 7/11/04 - 6/20/05
INSURANCE COMPANY

ADDRESS UNKNOWN.

10) OFFICER COATES #3684 DIVISION 5 PROPERTY ROOM 7/11/04 - 6/20/05
COOK COUNTY DEPARTMENT OF CORRECTIONS
2600 S. CALIFORNIA, CHICAGO, IL 60608

11) SUPERVISOR OFFICER ELIZABETH HUDSON DIVISION 5 PROPERTY ROOM
COOK COUNTY DEPARTMENT OF CORRECTIONS
2600 S. CALIFORNIA, CHICAGO, IL 60608 7/11/04 - 6/20/05

12) MICHEAL SHEAHAN, SHERIFF OF COOK COUNTY 7/11/04 - 6/20/05
COOK COUNTY DEPARTMENT OF CORRECTIONS
2600 S. CALIFORNIA , CHICAGO, IL 60608

13) JOHN MAUL, ACTING DIRECTOR OF COOK COUNTY DEPARTMENT
OF CORRECTIONS.
2600 S. CALIFORNIA, CHICAGO, IL 60608 7/11/04 - 6/20/05

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: TORT CLAIM DOC #

B. Approximate date of filing lawsuit: 5-15-07

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NON-APPLICABLE

D. List all defendants: ANTHONY CANTY

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTH CENTRAL REGIONAL OFFICE 400 N. STATE TOWER 2, SUITE 800, KANSAS CITY, KANSAS 66101

F. Name of judge to whom case was assigned: JUDGE NOT ASSIGNED IT WAS TORT CLAIM

G. Basic claim made: JEWELRY PROPERTY WAS DELIVERED FROM COOK COUNTY DEPT. OF CORRECTIONS TO METROPOLITIAN CORRECTIONAL CENTER AND NOT RETURNED TO MR. CANTY NOR ITS EQUALIVENT VALUE.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): TORT CLAIM WAS DENIED, IT WAS NOT APPEALED IT WAS REFERENCE TO FILE A CIVIL CLAIM UNDER 28 TITLE 1331 BIVENS ACT

I. Approximate date of disposition: NOVEMBER 19, 2007

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The personal property and moneys were sent to the Metropolitan correctuonal center, and only moneys were made available to Mr. Canty. Series of events is listed as follows:

Property was sent to the Metropolitian Correctional Center 71 W.Van Buren, Chicago, IL from Cook County Jail 2600 S. Calafornia, Chiucago, IL. CountyDepartment of Correction:

SEE ATTACHED LETTER SENT BY MS. OFFICER COATES MAILED ON 7/11/04 in that letter that Mr. Canty had sent to the property department of Cook County department of corrections had been processed and enclosed, pleased findsthe following items; 1 watch, 1 wallety 4 rings, 2 earrings, 4 necklaces 3 charms, with notation that any request for money must be submitted on the trust fund department, located at the same address, with hand written notation of any money to follow, written by Ms. Officer Coates. #3684.

I did not recieve this letter from the Metropolitian Correctional Center, thisletter was sent to me; (Anthony Canty), by the Cook County Dept. of Corrections through Ms. Officer Coates #3684 as proof she had sent the property, along withethe original letter she; Ms. Officer Coates #3684 also sent a written statement, stating that the property had been recieved

at the Metropolitian Correctional Center, 71 W. Van Buren, Chicago. And that theproperty was signed for by the officer of the mailroom. She further states that the property was sent certified mail and that it was signed for an green reciept form of which she sent me (Anthony Canty) a copy of; see attached copy as exhibit (A).

This attached with original mailed letter as exhibit (B) also with attached letter is a COPY OF THE ORIGINAL GREEN CARD of the U.S.P.S. certified mailing system; see exhibit (C), also see attached exhibit (D) COPIES OF THE ORIGINAL RECIEPT FROM THE COOK COUNTY DEPARTMENT OF CORRECTIONS. This as will all reciepts show that property was actually sent to the Metropolitian Correctional Center and delibertely not given to me; (Anthony Canty).

CHRONOLOGICAL SERIES OF EVENTS

5/04 Mr. Anthony Canty, in custody at cook county department of corrections wastransferred to the Metropolotian Correctional Center, no personal property was brought with Mr. Anthony Canty; see exhibit (D).

5/24/04 Mr. Anthony Canty through COMMUNICATION WITH THE COOK COUNTY DEPT. OF CORRECTIONS, 2600 S. California Ave. Chicago, IL, requested permission to have family member pick up property from the cook county dept of corrections this situation was approved, but was not able to be accomplished because of the scheduleof family members and the schedule alloted to for pick up ttimes by the property dept. of the cook county dept. of corrections. See exhibit (E)

6/04 $163.43 arrived at Metropolitian Correctional Center, 71 W. Van Buren St., Chicago and was sent from Cook County Dept. of Corrections, 2600 S. California Ave. Chicago Div 5. Trust Department.

7/11/04 Property is mailed to Metropolitian Correctional Center, 71 W. Van Buren,Chicago by Officer Coates #3684 and with it a letter stating that the sum total of the jewerly wasdenclosed, and that the money was to follow in written notation, and signed by Officer Coates #3684. This letter, not given to me, nor the property of the letter of Officer Coates #3684, spoke of, giving instructions so eloquently; in the letter it read, enclosed please find the following; 1 watch, 1 wallet, 4 rings, 2 earrings, 4 necklaces, 3 charms, and further stated any request for currency must be submitted toour trust office located at this same address, then noted that the money was to follow, and signed it.

7/04 Mr. Anthony Canty through seeing that the money had arrived from Cook Coounty Dept. of Corrections then Inquired as to the aspects of the additional property meaning the jewerly listed in exhibit (A). Only inquiring at this point because Mr. Anthony Canty had not recieved the propwerty at this time, nor any further communication frommOfficer Coates #3684, conberning the property, and at this time had not recieved the property nor had knowledge of its arrival.

At this time Anthony Canty has made the full intake staff aware of the situation of the expensive jewerly to be expeqted to arrive, these being senior Officer Salazar, Officer Thomas, and Counsler Wallace was the intake at the time of the initial transgression, not saying they were at all responsible the loss of property.

8/2/04 Property arrives at Metropolitian Correctional Center, Chicago was signed for by one of the intake personal, and was it all becomes a question mark of the whereaboutsaof the package of which the property came in, the contents of the package has become a mystery, the person who signed for the property signature has yet to be recognized by the other staff members, to quote there's nothing we can do because we don't know who signed for it, and when Anthony Canty showed him the reciept of the U.S.P.S. signed by the Officer of the day; See attached exhibit, signed M.REMEGI Dated 8/2/04 and address to Mr. Anthony Canty; See exhibit (A), the statement of thewe nothing wecan do was made By Mr. Senior Officer Salazar.

Mr. Officer Bryent Conrad told me that he would get to the bottom of the whole thing and would be able to tell me soon who had forged another name on green card reciept of the U.S.P.S..
Mr. Anthony Canty continued to try to retrieve the property of which had been sent to the Metropolitian Correctional Center, and had not been delivered to Mr. Anthony Canty as Cook County Dept. had intended it to. defers.

6/20/05 One Year and the property [ NOT ] delivered to Mr. Anthony Canty, and it seems that Mr. Senior Officer Salazar had become a reality in his words of this developing into civil litigation because hius lack of trying to retrieve the property of Mr. Anthony Canty and throught contacting Officer Coates some type of clarity was found. Officer Coates #3684 showed integrity in ever function and capcity of her position at property dept. she worked at, by not allowing some very expensive jewerly and some insignificant amount of money to blimish the well earned meritorous record that she has established. Officer Coates forwarded a written letter of the date the property was mailed and that it was mailed certified mail, that it is verifiable by ther record of the signed green See exhibit U.S.P.S.: UNITED SATES POSTAL SERVICE, THIS LETTER WAS DELIVERED 6/20/05;

SeeeExbibit (B).

I haVE every reason to believe that officer Coates #3084 had the best intentions to make sure the property was recieved by me at the Metropolitien Correectional Center, although thios intention was thwarted by some other agenda that brought us to this point.

Mr. Officer Bryant Conrad also stated that he knew that someone had signed and possibly removed the property from the Metropolitian Correctional Center and that Mr. Salazar had told to back off because the situation was developing into some type of civil litigation.

I I swear under penalty of perjury that all statements and evidence presented in this tort claim isa true and accurate to the best of my knowledge.

[signature]

5/13/08

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I REQUEST THE COURT TO SUPEND ALL THE LISTED PLANTIFFS AND TO QUESTION THEM UNDER OATH AS TO THEIR PARTICIPATION AND TO DETERMINE THEIR INDIVIDUAL RESPONSIBILITY AND ADJUDICATE THESE THESE CIVIL MATTERS OF MR. ANTHONY CANTY 16776424, METROPOLITION CORRECTIONAL CENTER, 71 W. VAN BUREN, CHICAGO, ILLINOIS 60605

( CONTINUED ON ENCLOSED PAGE )

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 15 day of MAY, 2008

[signature]
(Signature of plaintiff or plaintiffs)

ANTHONY CANTY
(Print name)

16776424
(I.D. Number)

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN, CHICAGO ILLINOIS 60605
(Address)

V. RELIEF ( continued

I REQUEST THE COURT TO GRANT RELIEF IN THE RETURN OF THE AFOREMENTION PROPERTY: SEE EXHIBIT (A). AND ASSIGN DAMAGES TO THE RESPONSIBLE PLANTIFFS AND THIER INDIVIDUAL PROFESSIONAL STATE AND FEDERAL OFFICES AND OFFICES WHO ACTYED IN THEIR OFFICAL CAPACITY AND INSURANCE COMPANIES THAT INSURED THOSE INDIVIDUAL STATE AND FEDERAL OFFICERS AND OFFICES, WHO"S DIRECT OR IMPLIED INVOLVEMENT CAUSED THE LOSS OF PROPERTY OR DID NOT PREVENT THE LOSS OF PROPERTY OR CAUSED CONTRIBUTORY FAULT OR DISPLAYED DELIBERATE INDIFFERENCE OR WAS PERSONALLY INVOLVED IN NEGLIGENT IN EXPEDITING THE FORWARDING AND RETURN OF PERSONAL PROPERTY LISTED ON EXHIBIT (A). ( THELETTER WHICH ESTABLISHES THE INITIAL FORWARDING OF PROPERTY PRIOR TO CIVIL LITIGATION.

PROPERTY LIST FOR MR. ANTHONY CANTY: JEWERLY LIST.

1) 1-WATCH TAGHUER CARRERA TACHOMETER WATCH $2,395.00

2) 4-14kt RINGS: 3 WITH WHITE GOLD INLAY, AND DIAMONDS OF MODERATE QUALITY.

RING ONE: 14kt GOLD, WHITE GOLD INLAYON TOP WITH 1/4 CARROT DIAMOND OF MODERATE QUALITY

RING TWO: 14kt GOLD, WHITE GOLD INLAY ON TOP WITH 1/2 CARROT DIAMOND OF MODERATE QUALITY

RING THREE: 14kt GOLD, WHITE GOLD INLAY ON TOP WITH 3;1/8 CARROT DIAMONDS OF MODERATE QUALITY

RING FOUR: 14kt GOLD WEDDINGBAND, NO DIAMONDS

3) 4 CHAINS:

CHAIN ONE: 14kt GOLD CHAIN, GUCCI STYLE LINK 18-INCHES IN LENGTH

CHAIN TWO: 14kt GOLD CHAIN, GUCCI STYLE LINK 24-INCHES IN LENGTH

CHAIN THREE: 14kt GOLD CHAIN, ROSE COLORED GOLD, FRENCH BAR LINK 44-INCHES IN LENGTH

CHAIN FOUR: 14kt GOLD CHAIN, HARRING BONE STYLE, 1 1/2 WIDTH X 18-INCHES IN LENGTH

4) 3 CHARMS:

CHARM 1: 4 1/2 x 1/2 INCH CROSS WITH 1/1000 OF A CARROT DIAMOND CHIPS INLAYED INTO THE FACE OF THE CROSS

CHARM 2: 14kt GOLD, ROSE COLORED, MUSICAL CLEF, PART OF ROSE COLORED FRENCH LINK SET ( SEE CHAIN 3 above)

CHARM 3: 14kt GOLD, GLOBE DESIGN 1 1/2 INCH RADIUS WITH CONTINENTS DESIGN IN WHITE GOLD SET, IN AXIS OF 1/2 x 7 INCH CIRCUMFERENCE.

5) 2 EARRINGS, 14kt GOLD, 4 1/4 CARROT DIAMONDS IN EACH, TOTALING A FULL CARROT IN EACH EARRING, DIAMONDS OF MODERATE QUALITY