UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

FILED
MAY 19 2008
MAY 19 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** ANTHONY CANTY

**Defendant(s):** OFFICER THOMAS, etc., et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Anthony Canty
#16776-424
Metropolitan - MCC
71 West Van Buren Street
Chicago, IL 60608

**Defendant's Attorney:**

08CV2896
JUDGE SHADUR
MAGISTRATE JUDGE COX

**Basis of Jurisdiction:**
[ ] 1. U.S. Government Plaintiff
[ ] 2. U.S. Government Defendant
[✓] 3. Federal Question (U.S. gov't. not a party)
[ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
[✓] 1. Original Proceeding
[ ] 2. Removed From State Court
[ ] 3. Remanded From Appellate Court
[ ] 4. Reinstated or Reopened
[ ] 5. Transferred From Other District
[ ] 6. MultiDistrict Litigation
[ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Condition

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes [✓] No

**Signature:** M. Burke    **Date:** 5/19/08