FILED
MAY 19 2008
MAY 1 9 2008 mb
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Anthony Canty
　　　Plaintiff

v.

Cook County Dept. of Corr.
Officer Center #3644 County Dept of Corr, (40)
Reception Center m.a.g. ch. mailroom supv.
U.S. post office supv. unknown 4/20/48
past postal U.S. delivery personnel unknown 4/20/48
　　　Defendant(s)
Further list of defendants listed on additional page.

CASE NUMBER: 08CV2896
JUDGE SHADUR
MAGISTRATE JUDGE COX

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Anthony Canty, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?　☒Yes　☐No　(If "No," go to Question 2)
   I.D. # 16776424　Name of prison or jail: Metropolitan Correctional Center
   Do you receive any payment from the institution? ☐Yes ☒No　Monthly amount: _____

2. Are you currently employed?　☐Yes　☒No
   Monthly salary or wages: 000.00
   Name and address of employer: N/A

   a. If the answer is "No":
      Date of last employment: N/A
      Monthly salary or wages: 000.00
      Name and address of last employer: N/A

   b. Are you married?　☐Yes　☒No
      Spouse's monthly salary or wages: 000.00
      Name and address of employer: N/A

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages
      Amount 000.00　Received by N/A　☐Yes ☒No

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 4/10/08

*Anthony Canty*
(Signature of Applicant)

ANTHONY CANTY 16776424
(Print Name)

---

NOTICE TO PRISONERS: A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, ANTHONY CANTY, I.D.# 16776424, has the sum of $ 0.95 on account to his/her credit at (name of institution) MCC Chicago IL. I further certify that the applicant has the following securities to his/her credit: N/A (NONE). I further certify that during the past six months the applicant's average monthly deposit was $ 85.04.
(Add all deposits from all sources and then divide by number of months).

4/10/08
DATE

*Kermit Moore*
SIGNATURE OF AUTHORIZED OFFICER

Kermit Moore
(Print name)

KERMIT MOORE, CASE MANAGER
AUTHORIZED BY ACT OF 7-7-55,
AS AMENDED TO ADMINISTER OATHS
(18 USC 4004)

rev 7/18/02

## Inmate Inquiry 

Current Institution: ...
Housing Unit: ...
Living Quarters: ...

| formation | Account Balances | Commissary History | Commissary Restrictions | Comments |

### nformation

- tive Hold Indicator: No
- Power of Attorney: No
- er Waive NSF Fee: No
- owed Deduction %: 100
- PIN: 6938
- PAC #: 317408909
- Participation Status: Participating
- Arrived From: OKL
- Transferred To:
- count Creation Date: 2/19/2004
- unt Activation Date: 2/9/2008 4:03:42 AM

- Sort Codes:
- ast Account Update: 4/8/2008 7:19:16 AM
- Account Status: Active
- Phone Balance: $2.62

### Information

| Type | Expected Amount | Expected Rate |

### Balances

- Account Balance: $0.95
- Pre-Release Balance: $0.00
- Debt Encumbrance: $0.00
- SPO Encumbrance: $0.00
- Other Encumbrances: $0.00
- ing Negotiable Instruments: $0.00
- dministrative Hold Balance: $0.00
- Available Balance: $0.95
- National 6 Months Deposits: $510.25
- onal 6 Months Withdrawals: $604.72
- Months Avg Daily Balance: $50.00
- ax. Balance - Prev. 30 Days: $140.65
- ge Balance - Prev. 30 Days: $69.17

## Commissary History

### Purchases

Validation Period Purchases: $58.35
YTD Purchases: $163.60
Last Sales Date: 4/8/2008 7:19:16 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $33.75
Remaining Spending Limit: $256.25

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
| --- | --- | --- | --- | --- |

## Comments

Comments: