Dear Prisoner Correspondence Clerk,

My Name is Anthony Coty and the availability of copies was not met at time of filing this document. Please copy and forward (13) thirteen copies to be provided the court to make available to the multiple defendants, also please add the cost of copies to the filing fees and summons fees to be Removed in increment from the institution's account. Please add copie cost to forma pauperis. Thanking you in advance.

MR Anthony Coty

**FILED**

MAY 1 9 2008  MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAY 1 9 2008

08CV2896
JUDGE SHADUR
MAGISTRATE JUDGE COX