# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2896 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Anthony Canty vs. Federal Officer Thomas | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. This case is barred by limitations, and the Complaint and this action are dismissed with prejudice. That in turn calls for denial of Canty's request for copies as moot. Finally, given Canty's failure to have provided the printout of his trust fund account required by 28 U.S.C. 1915(b)(1), this Court will not jump through the hoop of obtaining such a printout and making the statutory calculation of Canty's obligation to pay the $350 filing fee in future installments.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|