Dear Honorable Judge Shadur, Senior United States District Judge

08C2896

    This communication is concerning the Request for Reconsideration of the Civil Litigation Application of Civil Complaint under the Constitution (Bivens Action), Title 28 Section 1331 U.S. Code.
    My request is simply for the time frame to be considered of actual date of property being sent on 8/2/04 and one year later, property was established as lost, misplaced or misappropriated and that date is 6/20/05. And the Federal Requirement of Procedure is to file tort claim first and to exhaust the federal rememdies of tort claim process and this takes six months for completion. Once completed and denied then the civil (Bivens Action) Title 28 Section 1331 U.S. Code can begin with the two year statue of limitions to file correctly on a timely basis.
    I, Anthony Canty, submit that the time of infraction is not the date begins totaling the two years but the time of acknowledgement as being incarcerated I had no idea of the loss, misplaced or the misappropriation of the property, so the date of the beginning of the statue of limitations began on the date of acknowledgement date of the civil action, which is June 20, 2005.
    This date is also added to the tort claim process which includes the additional nessesary 6 months and which was ultimately was denied as copy of Document of Denial displays. They (the Office of the Regional Director) encourages me for pursue the civil litigation of Civil (Bivens Action) in the event of Dissatisfaction of claim results.
    This question was posed to the attorney of the Metropolitan Correctional Center, 71 W. Van Buren St. Chicago, IL 60605. The lawyer of which I speak is attorney _____ Shaw, and I asked was it ok to pursue the civil (Bivens Action) and he stated that I must pursue tort claim first this assisted in delaying the civil presentation and ultimately assisted in the civil action being delayed in reaching the statue of limitations telling requirements.
    I ask your Honor that you, reconsider this civil (Bivens Action) on the merits of the MOTION ( Civil Action ) and grant the approiate ruling on the merits.

Thanking You in advance,

**FILED**

JUN 23 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____
Mr. Anthony Canty

6/19/08