UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


UNITED STATES                    )
                                 )      Case File # 08C 2896
        V.                       )
                                 )
ANTHONY CANTY                    )
                                 )

# FILED

JUN 2 3 2008
6-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR RECONSIDERATION

        Now comes, **Anthony Canty**, non-attorney, pro se, ad hoc, in want of
attorney and requests this court to grant his MOTION FOR RECONSIDERATION
in support submitts the following:


1) That the Judgement Ruling of Default in the civil case of
   08R2896 was wrongly rule as to the timely availabilty of the
   filing process verses the acknowledgement of the action.


2) That the date of action was on 8/2/04 of property being delivered.


3) That the date of Mr. Canty's finding out about the fact of it
   (the property) being delivered was 6/20/05.


4) That the Bureau of Prisons policy is for federal inmates to
   exhaust all federal remedies, this entails Forms ( BP 8, BP 9,
   BP 10, BP 11.)


5) That the gathering of the nessesary documents and the answering
   of all Federal BP Forms takes all of 1 1/2 years and the torts
   with its answered being returned almost exhausted the full two
   years totaling.


6) That the Response of the Tort Claim halted the tolling of the
   statue of limitations.

7) That even the tort claim filing established that the time frame to file was from its denial date and not from the acknowledgement date of Ms. Coates letter from the Cook County Department of Corrections.

8) That Mr. Canty requests the court to reconsider the civil (Bivens Action) under its merits and not under its tolling infraction and in the event of its tolling infraction to be a factor of default to consider Rules and Stipulations of the BOP policy to exhaust all federal rememdies before pursuing any civil action.

Wherefore, the defendant, Anthony Canty, humbly requests this court to grant his MOTION FOR RECONSIDERATION.

X  _____

Date:  6/19/08

II. DEFENDENT LIST (CONTINUED PAGE 1)

D.  CCOK COUNTY DEPARTMENT OF CORRECTIONS
    PROPERTY ROOM  7/11/04 - 6/20/05
    2600 S. CALIFORNIA, CHICAGO, IL  60608

E.  METROPOLITIAN CORRECTIONAL CENTER
    PROPERTY ROOM  7/11/04 - 6/20/05
    71 W. VAN BUREN, CHICAGO, IL 60605

F.  COOK COUNTY DEPARTMENT OF CORRECTIONS
    INSURANCE COMPANY  7/11/04 - 6/20/05
    ADDRESS UNKNOWN

G.  METROPOLITIAN CORRECTIONAL CENTER
    INSURANCE COMPANY  7/11/04 - 6/20/05
    ADDRESS UNKNOWN

H.  UNITED STATES POSTAL SERVICE ( U.S.P.S.)
    219  S. DEARBORN, CHICAGO, IL 60604
    7/11/04 - 6/20/05

I.  UNITED STATES POSTAL SERVICE( U.S.P.S.)
    INSURANCE COMPANY  7/11/04 - 6/20/05
    ADDRESS UNKNOWN

J.  OFFICER COATES #3684    7/11/04 - 6/20/05
    DIVISION 5 PROPERTY ROOM OFFICER
    COOK COUNTY DEPARTMENT OF CORRECTIONS
    2600 S. CALIFORNIA, CHICAGO, IL  60608

K.  OFFICER ELIZABETH HUDSON    7/11/04 - 6/20/05
    SUPERVISIOR DIVISION 5 PROPERTY ROOM
    COOK COUNTY DEPARTMENT OF CORRECTIONS
    2600 S. CALIFORNIA, CHICAGO, IL 60608

*Civil (Biven Action) 1983*

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

The personal property and moneys were sent to the Metropolitan Correctional center, and only moneys were made available to

Mr. Canty.  Series of events is listed as follows:

Property was sent to the Metropolitian Correctional Center

71 W.Van Buren, Chicago, IL from Cook County Jail 2600 S.

Calafornia, Chiucago, IL. CountyDepartment of Correction:

SEE ATTACHED LETTER SENT BY MS. OFFICER COATES MAILED ON 2/11/04

in that letter that Mr. Canty had sent to the property department of Cook

County department of corrections had been processed and enclosed, pleased

findsthe following items; 1 watch, 1 wallety 4 cards, 2 earrings, 4 necklaces

3 charms, with notation that any request for money must be submitted on the

trust fund department, located at the same address, with hand written

notation of any money to follow, written by Ms. Officer Coates. #3684.

I did not recieve this letter from the Metropolitian Correctional Center,

thisletter was sent to me; (Anthony Canty), by the Cook County Dept. of

Corrections through Ms. Officer Coates #3684 as proof she had sent the

property, along withethe original letter she; Ms. Officer Coates #3684

also sent a written statement, stating that the property had been recieved

4

at the Metropolitian Correctional Center, 71 W. Van Buren, Chicago. And that

the property was signed for by the officer of the mailroom.  She further

states that the property was sent certified mail and that it was signed

for an green reciept form of which she sent me (Anthony Canty) a copy of;

see attached copy as exhibit (A).

This attached with original mailed letter as exhibit (B) also with

attached letter is a COPY OF THE ORIGINAL GREEN CARD of the U.S.P.S.

certified mailing system; see exhibit (C), also see attached exhibit (D)

COPIES OF THE ORIGINAL RECIEPT FROM THE COOK COUNTY DEPARTMENT OF CORRECTIONS.

This as will all reciepts show that property was actually sent to the

Metropolitian Correctional Center and delibertely not given to me; (Anthony

Canty).


### CHRONOLOGICAL SERIES OF EVENTS

5/04    Mr. Anthony Canty, in custody at cook county department of corrections
was transferred to the Metropolotian Correctional Center, no personal property

was brought with Mr. Anthony Canty; see exhibit (D).

5/24/04   Mr. Anthony Canty through COMMUNICATION WITH THE COOK COUNTY DEPT.

OF CORRECTIONS, 2600 S. California Ave. Chicago, IL, requested permission

to have family member pick up property from the cook county dept of corrections

this situation was approved, but was not able to be accomplished because of

the schedule of family members and the schedule alloted to for pick up ttimes

by the property dept. of the cook county dept. of corrections. See exhibit (E)

Revised 9/2007

6/04  $163.43 arrived at Metropolitian Correctional Center, 71 W. Van Buren St., Chicago
and was sent from Cook County Dept. of Corrections, 2600 S. California Ave. Chicago
Div 5. Trust Department.

7/11/04 Property is mailed to Metropolitian Correctional Center, 71 W. Van Buren,Chicago
by Officer Coates #3684 and with it a letter stating that the sum total of the
jewerly wasdenclosed, and that the money was to follow in written notation, and
signed by Officer Coates #3684. This letter, not given to me, nor the property of
the letter of Officer Coates #3684, spoke of, giving instructions so eloquently;
in the letter it read, enclosed please find the following; 1 watch, 1 wallet,
4 rings, 2 earrings, 4 necklaces, 3 charms, and further stated any request for
currency must be submitted tooour trust office located at this same address, then
noted that the money was to follow, and signed it.

7/04   Mr. Anthony Canty through seeing that the money had arrived from Cook Coounty
Dept. of Corrections then Inquired as to the aspects of the additional property
meaning the jewerly listed in exhibit (A). Only inquiring at this point because
Mr. Anthony Canty had not recieved the propwerty at this time, nor any further'
communication fromaOfficer Coates #3684, conberning the property, and at this time
had not recieved the property nor had knowledge of its arrival.
       At this time Anthony Canty has made the full intake staff aware of the
situation of the expensive jewerly to be expeqted to arrive, these being senior
Officer Salazar, Officer Thomas, and Counsler Wallace was the intake at the time
of the initial transgression, not saying they were at all responsible the loss of
property.

8/2/04   Property arrives at Metropolitian Correctional Center, Chicago was signed for
by one of the intake personal, and was it all becomes a question mark of the
whereabouts of the package of which the property came in, the contents of
the package has become a mystery, the person who signed for the property
signature has yet to be recognized by the other staff members, to quote
there's nothing we can do because we don't know who signed for it, and when
Anthony Canty showed him the reciept of the U.S.P.S. signed by the Officer
of the day; See attached exhibit, signed M.REMEGI Dated 8/2/04 and address
to Mr. Anthony Canty; See exhibit (A), the statement of the no nothing
we can do was made by Mr. Senior Officer Salazar.

Mr. Officer Bryant Conrad told me that he would get to the bottom of the
whole thing and would be able to tell me soon who had forged another name
on green card reciept of the U.S.P.S..
Mr. Anthony Canty continued to try to retrieve the property of which had
been sent to the Matropolitian Correctional Center, and had not been
delivered to Mr. Anthony Canty as Cook County Dept. had intended it to.
dfdfdfa

6/20/05  One Year and the property [ NOT ] delivered to Mr. Anthony Canty, and it
seems that Mr. Senior Officer Salazar had become a reality in his words of
this developing into civil litigation because hius lack of trying to retrieve
the property of Mr. Anthony Canty and throught contacting Officer Coates some
type of clarity was found.  Officer Coates #3684 showed integrity in ever
function and capcity of her position at property dept. she worked at, by not
allowing some very expensive jewerly and some insignificant amount of money
to blimish the well earned meritorous record that she has established. Officer
Coates forwarded a written letter of the date the property was mailed and that
it was mailed certified mail, that it is verifiable by ther record of the signed
green U.S.P.S.:  UNITED SATES POSTAL SERVICE, THIS LETTER WAS DELIVERED 6/20/06;
See Exhibit A.

SeeeExhibit (B).

I have every reason to believe that officer Coates #3684 had the best intentions to make sure the property was recieved by me at the Metropolitian Correactional Center, although thios intention was thwarted by some other agenda that brought ue to this point.

Mr. Officer Bryant Conrad also stated that he knew that someone had signed and possibly removed the property from the Metropolitian Correctional Center and that Mr. Salazar had told to back off because the situation was developing into some type of civil litigation.

I swear under penalty of perjury that all statements and evidence presented in this tort claim isa true and accurate to the best of my knowledge.

6/19/08

SF_95 (Face)

| CLAIM FOR DAMAGE, APPROVED INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM OMB NO. 1105-0008 |

**1. Submit To Appropriate Federal Agency:**

NORTH CENTRAL REGINAL OFFICE
400 n. State AVENUE
TOWER 2 SUITE 800
KANSAS CITY KANSAS # 66101

**2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and ZIP Code)**

ANTHONY CANTY,FEDERAL CORRECTIONAL ISTITUTION,P.O. BOX 5000,PEKIN 61555-5000

**3. TYPE OF EMPLOYMENT**

MILITARY [ ] CIVILIAN [X]

**4. DATE OF BIRTH** 9-17-56

**5. MARITAL STATUS** SINGLE

**6. DATE AND DAY OF ACCIDENT** 8-2-04 and 6-20-05

**7. TIME (A.M. OR P.M.)** 4:40 onboth violation dates

**8. Basis of Claim** (State in detail the known the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

On April 4 -04 and again on 6-20-05 Metropolitan CORRECTIONAL CENTER 71 west van buren, Chicago Illinois 60605 property department
Mr. ANTHONY CANTY(S) personal property mailed from Cook -(see attached pages)
Property mailed from state facility to federal Instituion was not returned
**9.** to MR. ANTHONY CANTY, AND WAS DENIED BY STAFF:SALAZARR TO MAILING RECORDS.

PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and ZIP Code)

ANTHONY CANTY FEDERAL CORRECTIONAL INSTITUTION,P.O, BOX 5000, PekinILLINOIS 61555-5000

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on the reverse side.)

one 14kt.wht.Gold watch,4 14kt.Gold rings with diamonds in three of ½kt,¼kt and 3/8kt. and one 14kt. Gold band,2-½kt.gold earrings, 4 necklaces,24in,44in,18in,and 18 in,all 14kt.gold,3 charms 14kt.gold 1½gr eac

**10.** THE PERSONAL INJURY IS THE PERSONAL OUR PROPERTY DEATH BY BPOP.

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

THE NATURE AND EXTENT AND THE INJURY IS LOS OF PROPERTY BY THE BPOP

**11.** MS. OFFICER COATES BADGE #3684 Cook County property dept.2600 california Chicago Div. 5 couselor OWENS,LT.HANSEN,AND OFFICER BRYANT CONRAD OF M.C.C.

WITNESSES

| NAME | ADDRESS (Number, street, city, State, and ZIP Code) |
|---|---|
| MS.OFFICER COATES #3684 | 2600 california ave.,chicago ILL.60628 |
| LT.HANSEN | METROPOLITAN CORRECTIONAL CENTER,71 W.VAN BUREN CHICAGO ILL. 60605 |
| MR. OFFICER BRYANT CONRAD | METROPOLITAN CORRECTIONAL CENTER,71 w.vanburen, CHICAGO,ILLINOIS 60605 |

**12. (See instructions on reverse)**

AMOUNT OF CLAIM (in dollars) $ 8,100.00

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| loss of property by B.O.P. | does not apply | does not apply | lOSS OF PROPERTY ,BOP |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT

CONT. FROM LINE 8 tort claim;Anthony Canty

- COUNTY DEPARTMENT OF CORRECTION:SEE ATTACHED LETTER SENT BY MS.
OFFICER COATES MAILED ON 7-11-04 in that letter she states that
the letter that mr. anthony canty had sent to the proprerty department
of cook county department of corrections had been processed
enclosed please find the following items; 1 watch, 1 wallet,4 rings,
2 earrings 4 necklaces ,3 charms, with notation that any request for money
must be submitted to the trust fund department,located at the same
address,with hand written notation of money to follow, written
by MS.OFFICER COATES#3684.
        I did not recieve this letter from the metropolitan correctional
this letter was sent me;anthony canty ),by the cook county department
of correction through MS.OFFICER COATES#3684 as proofshe had sent the
property ,along with the original letter she ;mMS. OFFICER COATES#3684
also sent a written staating that the property had been recieve
at metropolitan correcetional center71 w. vanburen st. ,Chicago ILLINOIS
,AND THAT THE property was signed for by the officer of the mailroom.
SHE FURTHER STATES THAT THE property was sent certified mail and that it
was signed for on green recipt form of which she sent me ;anthony canty
a copy of.see attached copy as exhibit(A).
        This attached with original mailed letter as exhibit (B)also
with attached letter is copy of the original green card of the U.S.P.S
certified mailing system see;exhibit (C) ,also see attached exhibit (D),
COPIES OF THE ORIGINAL RECIEPT FROM COOK COUNTY DEPARTMENT OF CORRECTION.
This as will all recipt show that property was actually sent to metropolitan
correctional center and deliberately not given to me ;(ANTHONY CANTY

                    CHRONOLOGICAL SERIES OF EVENTS

5-04 MR. ANTHONY CANTY  in custody at co ok county department of corrections
was transfered to the metropolitan correctional center,no personal
property was brought with MR.ANTHONY CANTY SEE:EXHIBIT (D).

5-24-04 MR.ANTHONY CANTY through COMMUNICATION WITH THE COOK COUNTY
DEPARTMENT OF CORRECTION ,2600 s. california ave. Chicago Illinois
60608 ,requested permission to have family member to pick up property
from cook county department of corrections,this situation was approved,
but was not able to be accomplished because of the schedule of family
members and the schedule alloted to for pick times by the property
department cook county department of corrections. see;EXHIBIT(E)

6-04    $163.43 arrived at METROPOLITAN CORRECTIONAL CENTER 71west
van buren st.,CHICAGO ILLINOIS 60605 and was sent from Cook county
department of corrections 2600 California ave. Chicago,  Illinois
60608 Div 5. Trust Department.

7-11-04 Property is mailed to Metropolitan correctional center,
71 west van buren CHG.ILL, 60605 from cook county department of
corrections 2600 california ,Chicago ILL 60608 by officer Coates #3684
and with it aletter stating that the sum total of the jewelry was inclosed,
and thatthe money was to follow in written notation, and signed    officer
COATES#3684.THis letter    given to me nor the property of the letter
of officer COATES #3684, spoke of giving instructions so eloquently,
in the letter it read enclosed please find the fowoing;1 watch,1 wallet
4 rings 2 earings ,4 necklaces,3 charms, and further stated any request
for currency  must  be submitted to our trtust office located at this
same address,then noted that the money was to follow, and signed it .


7-04    MR. ANTHONY CANTY THROUGH SEEING THAT THE MONEY HAD ARRIVED
FROM COOK COUNTY DEPARTMENT OF CORRECTIONS THEN INQURIRED AS TO THE
ASPECTS OF THE ADDITTIONAL PROPERTY MEANING THE JEWELRY LISTED IN
EXHIBIT(A). ONLY INQUIRNG AT THIS POINT BECAUSE MR. ANTHONY HAD NOT
RECIEVED THE PROPERTY AT THIS TIME, NOR ANY FURTHER COMMUNICATTION
FROM OFFICER COATES. concerning the property,and at thistime
had not recieve propertynor had knowledge of its arrival.

    At this time ANTHONY CANTY has made the full intake staff aware
of the situation of the expensive jewelry to be expected to arrive,
these being senior officer SALAZAARR, OFFICER THOMMAS, AND COUNSELOR
WALLACE WAS THE INTAKE AT THE TIME OF INITIAL TRANSGRESSION, NOT
SAYING THEY WERE AT ALL RESPONSIBLE THE LOSS PROPERTY.



8-2-04 property arrives at METROPOLITAN CORRECTIONAL CENTER 71 west
van buren, WAS SIGNED  for  by one of the intake personel , and WAS
it all becomes a question mark of the whereabouts of the package of
which the property came in ,the contents of the package has become
a mystery,the person who signed for property signature has yet to
be recognized by other staff members ,to quote theres nothing we can
do because we dont know who sign for it AND WHEN ANTHONY CANTY showed
him the reciept of the U.S.P.S. SIGNED  by the officer of the day see
attached exhibit,signed M.REMEGI DATED :8-2-04 and address to mr
ANTHONY CANTY SEE: EXHIBIT (A), the statement of theres nothing we
can do was made by mr. senior officer sallazaarr.
MR. OFFICER BRYANT CONRADHAD TOLD ME THAT HE WOULD GET TO THE BOTTOM
OF THE WHOLE THING AND WOULD BE ABLE TO TELL ME SOON WHO HAD FORGED
ANOTHER NAME ON GREEN CARD RECIEPT  OF THE U.S.P.S..

cont. from line (8);tort claim ANTHONY CANTY

MR ANTHONY CANTY continued to try to retrieve the property of
which had been sent to metropolitan correctional center,ansd
had not been delivered to MR. ANTHONY CANTY AS COOK COUNTY DEPARTMENT
HAD INTENDED IT TO.


JUNE -20 -05

ONE YEAR and the property [NOT] delivered to MR.ANTHONY CANTY,
and it seems that mr. senior officer SALAZAARR had become a reality
in his words of this developing into civil lititgation because his
lack of trying to retieve the property of MR. ANTHONY CANTY and
through contacting officer  coates some type of clarity was found.
OFfICER  COATES#3684showed integrity in every function and capcity
of her position at property department she worked atby not allowing
some very expensive jewelry and some insignificant amount of money
to blimish the well earned meritorious record that she has established!
Officer Coates forwarded a written letter of the date the property was
mailed and that it was mailed certified mailed that it is verifiable
byb the record of the signed green U.S.P.S. :ie;UNITED STATES POSTAL
SERVICE,,THIS LETTER WAS DELIVERED JUNE 20 05.

see EXHIBIT:(B)


     I have every reason to believe that officer coates #3684
had thwe best intentions to  make sure the property was recived
by me at the metropolitan correctional center , although this
intention was thwarted by some other agenda that brouht us to this
point.


MR. OFFICER BRYANT CONRAD ALSO STATED THAT HE KNEW THAT SOMEONE
HAD SIGNED AND POSSIBLY REMOVED THE PROPERTY FROM THE METROPOLITAN
CORRECTIONAL CENTER AND THAT MR. SALAZAARR HAD TOLD TO BACK OFF
BECAUSE THE SITUATION WAS DEVELOPING INTO SOME TYPE OF CIVIL LITIGATION.


     I SWEAR  UNDER PENALTY OF PERJUR THAT ALL STATEMENTS  AND EVIDENCE
PRESENTED IN THIS TORT CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
KNOWLEDGE.

_____

_____

SAID
AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

*Anthony Center*

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone Number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| *Anthony Center* | | 5-15-07 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.

(This form may be replicated via WP)
SF 95 (Back)

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

---

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. **Authority:** The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. **Principal Purpose:** The information is to be used in evaluating claims.

C. **Routine Use:** See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. **Effect of Failure to Respond:** Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

---

## INSTRUCTIONS

### Complete all items - Insert the work NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her persons, authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 12 of this form.

incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A

SUZETTE Z. NATHANIEL Case Manager
Authorized by Act of 7-7-55
as amended, to Administer Oaths
(18 USC 4004)

Dear Mrs. Hudson, Suzette Z. North
12/2/2004

I recieved an Request slip Response concerning money and the results does not match dates that clarifys the time frame of the Re-arrest and the Removal from Cook county to Metropolitan Correctional Center.

There still remains the issue of $190.00 dollars and still remains the unresolved, as we speak.

Please contact me at your earliest convenience concerning this matter of the Refund of the Balance of $190.00 dollars.

In addition to the money issue there was also some jewelry in my property. My Brother came to Cook county to retrieve it and to no avail there was not as he was told any property found and he was also told that the property was sent in Aug another of fact the person stated a date and it was aug 2, 04.

Please your input is needed, could you possibly give me the name of the person or supervisor to contact for the return of property and the resolvement of issues concerning property issues.

I have enclosed property and money reciepts.
Thank you Mr. Suzette Z.

Dear Miss Elizabeth Hudson

My Name is Anthony Conty and the Fact of the Matter is that I have tried to have any property & monneys sent from the Cook County Jail to my Jail. I then sent you a copy of the affadavitt to have my Family Memmbers pick it up, I am now told that the property has been sent to this address 71 W. Van Buren Metropolitan Correctional Center, Chg. Ill. 60605. Please be advised that I have had no notice of this property which is property recieved policy here because we are not allowed to recieve property other than money here at M.C.C.

Please at your earliest convienience contact me concerning this, Please send me a copy of the mailing form transaction sheet recipt or anything you could find pertient to this matter to track down the property which is listed under Recipt #M370497 dated 4,30,04 under inmate ID# 2K400032211 and the account of the Money was 163.00 as verified by Commisary slip Reciept 5-15-04 Block 1E Tier 01 Cell 12 Order Number- #75812 CPR #82612 Begining Balance 201.00 Order total #34.95 Order date 5-12-04

The Contents of the Property was very expensive it was Jewelery.

I was told it was sent out Aug, Money included

(over)

Dear Trust Fund Management and Personel office, my Name is Anthony Canty My Cook County No # is ⓈOO4OOO3201 my Property Trust Dept. Receipt number is M370497 and it is $163.00 cash in my account and there are also Jewelry in the personal property.

I ask humbly that you send the money and the Jewelry to Anthony Canty 16776421 metropolitan Correctional Center. Chg. Ill. 60605

13-7109

(use full info. please)

And in the event you are only going to or able to send the money only then I humbly request for you to allow my retrieve the Jewelry only if you cannot do or cannot send the Jewelry with the money amount.

The Property Receipt number is M370497 and the amount of money is $63.00 and there are 1 wallet, 1 watch 2 earrings 4 rings 3 charm 4 necklace the officer sealed my property everything should be assured. Thank you very much. over

*Please contact me when time permits checked for the returned. Check to verify I have not recieved the money of the property.*

*Please also note that no property can recieved at the Metroplitn Corrections Center without proper authorization from signed previously and aproved by Mr. Christans or worden of facility.*

KERMIT MOORE, CASE MANAGER
AUTHORIZED BY ACT OF 7-7-55,
AS AMENDED TO ADMINISTER OATHS
(18USC 4004)

Exhibit (B)

# COOK COUNTY DEPARTMENT OF CORRECTIONS



**MICHAEL F. SHEAHAN**
**Sheriff**

2700 South California
Chicago, Illinois 60608
(773) 869-2859

**JOHN MAUL**
**Acting Director**

June 20, 2005

Sir:

Please be advised that on or about 7/11/04 after receiving Correspondence from you, I Officer C Coats #384 Prepared your property for Mail sent to the address you enclosed. Your property was sent out Certified Mail with the green card signed by someone at that center. Please see all enclosed Copies. Your property is no longer at this Department.

Ofc C. Coats #384

# COOK COUNTY DEPARTMENT OF CORRECTIONS



**MICHAEL F. SHEAHAN**
**Sheriff**

2700 South California
Chicago, Illinois 60608
(773) 869-2859

**JOHN MAUL**
**Acting Director**

7/11/04

Anthony Canty: 16716424
Metropolitan Correctional Center
71 W. Van Buren
Chicago, ILL 60605 floor 19

RE: # 2004000.3221

Dear M Canty :

Your letter requesting your personal property was received by

This office and processed.

Enclosed please find the following items:

1 Watch   1 Wallet
4 Rings   1 earrings   4 Necklace   3 Charms

Any request for currency must be submitted to our Trust Office located
at this same address.

Money to follow

Sincerely,

J. Cloat # 3634
**PERSONAL PROPERTY**
**DIVISION V**

Exhibit C

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Anthony County 16778734

Metropolito Correctional

71 W. Van Buren

Chicago Ill 60605

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X M C                    ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 8/1/04

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 3110 0001 8430 5017

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



7003 3110 0001 8430 5017

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

(Exhibit)
D

M370497

**COOK COUNTY DEPARTMENT OF CORRECTIONS**
**TRUST DEPT. - PERSONAL PROPERTY SECTION**
**2700 S. CALIFORNIA AVE., CHGO., IL 60608**

Date... 9.30.4. ID# SKH 000.3221

Name... CANTY, ANTHony

| | |
|---|---|
| CURRENCY | |
| COIN | 1 . 44 |
| TOTAL | 1 . 00 |

Check #

belt _____ purse _____ wallet ✓

watch ✓    keys _____ earrings ✓

ring ✓    chain ✓    necklace ✓

Hat _____ Papers _____ bracelet ✓

Date _____

I attest that this is a true and accurate inventory
of all my money and property turned in to the jail
trust Dept. on this date. I understand this property
MUST BE CLAIMED AND REMOVED FROM THE JAIL'S TRUST
PROPERTY SECTION WITHIN 120 DAYS OF TODAY'S DATE OR
THESE ARTICLES WILL BE DESTROYED.

X _____

Inmate Signature

Received by:_____ Badge # 7x.)

**DISCHARGE:**
I attest that all of the above-listed articles of
personal property have been released to me

Inmate Signature_____ Date_____

Issued by:_____

---

ORIGINAL PETTY PROPERTY RECEIVER

SUITS _____

SPORT COAT _____

NUMBER OF Item (Description)

HATS _____

OVERCOAT _____

SHIRTS _____

TROUSERS _____

BELTS _____

UNDERSHIRTS/SOCKS _____

SOCKS _____

SHOES _____

**SIGNATURE**

STAFF

OFFICER

INMATE

PCF REVISE FEB. 94

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES                    )
                                 )        Case File # 08C ~~2986~~ 2896
        V.                       )
                                 )
ANTHONY CANTY                    )
                                 )

FILED

JUN 2 3 2008
6-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF FILING

Please take notice that on __19__ day and __6/08__ month that
I, Anthony Canty, file this MOTION FOR RECONSIDERATION.

X _____

Date: __6/19/08__

### CERTIFICATE OF SERVICE

I, Anthony Canty, certify under penality of purgery, that I did
serve a copy of this foregoing MOTION FOR CONSIDERATION to all
interested parties via regular U.S. Mail, postage paid.

X _____

Date: __6/19/08__